UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Mutanan Ali**, <br><br> Plaintiff, <br><br> v. <br><br> **Fargona, Inc.**, et al., <br><br> Defendants. | No. 1:23-cv-00168-CEF <br><br> **NOTICE OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Mutanan Ali, by and through undersigned counsel, gives notice of voluntarily dismissing this action in its entirety, with prejudice, each side to bear its own attorneys' fees and costs.

RESPECTFULLY SUBMITTED this 25th Day of August, 2023.

IT IS SO ORDERED.
s/Charles E. Fleming
United States District Judge
Dated: August 25, 2023

BENDAU & BENDAU PLLC

By: /s/ Clifford P. Bendau, II
Clifford P. Bendau, II (OH No. 0089601)
Christopher J. Bendau
BENDAU & BENDAU PLLC
P.O. Box 97066
Phoenix, Arizona 85060
Telephone: (480) 382-5176
Email: cliffordbendau@bendaulaw.com
chris@bendaulaw.com